# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARY COVINGTON,

         Plaintiff,

                                          CASE NO.  08-CV-12620

-vs-

RAINBOW USA, INC., ET AL.,              PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

         Defendants.

_____/

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

On July 8, 2008, the Court issued an Order to Show Cause to Defendant to determine whether this Court enjoyed proper subject matter jurisdiction over the Notice of Removal. (Dkt. No. 3).  Defendant has filed a timely response to the Order to Show Cause representing that Rainbow USA, Inc.'s principal place of business is in the State of New York.

Therefore, as the Court finds that Plaintiff and Defendant are in complete diversity and removal was proper.

**SO ORDERED.**

                                    s/Paul D. Borman_____
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 29, 2008.

s/Denise Goodine
Case Manager